UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS MICHAEL RODENKIRCH | CIVIL ACTION |
| VERSUS | NO. 18-1653 |
| ASCENSION PARISH DISTRICT ATTORNEY'S OFFICE, ET AL. | SECTION "R" (4) |

## ORDER

Plaintiff Thomas Michael Rodenkirch filed this *pro se* complaint under 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that this matter be TRANSFERRED to the U.S. District Court for the Middle District of Louisiana. IT IS FURTHER ORDERED that plaintiff's motion to proceed *in forma pauperis*[3] is deferred to the U.S. District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this __18th__ day of April, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.
[2] R. Doc. 6.
[3] R. Doc. 5.